**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6767

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BERNARD CELESTINE, a/k/a Speed, a/k/a Beaver,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (4:95-cr-00041-D-9)

Submitted:  January 30, 2024                          Decided:  February 6, 2024

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bernard Celestine, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Celestine appeals the district court's order denying Celestine's motions for leave to (1) amend and supplement a previously filed motion for reconsideration of the court's order granting in part and denying in part Celestine's motion for a sentence reduction under the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194; and (2) file a sentencing memorandum supporting a downward departure on the sentences imposed on two of Celestine's counts of conviction. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *United States v. Celestine*, No. 4:95-cr-00041-D-9 (E.D.N.C. filed June 22, 2023 & entered June 23, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*